# Thomas D. Shanahan, P.C.
*551 Fifth Avenue, 31st Floor*
*New York, New York 10176*
*(212) 867-1100, x11*

April 11, 2019

Honorable Kenneth M. Karas
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4250

Re: Cedeno v. Dept. of Education
Docket: 19-cv-02300

Honorable Judge Karas:

My firm represents the Plaintiff in the above captioned action against the City of New York and Department of Education of the City of New York. My office erroneously checked "White Plains" rather than "Foley Square" on the Civil Cover Sheet. The case was therefore assigned to White Plains.

Earlier today I spoke to the Clerk of the Court at the Foley Street Courthouse. I was instructed to file this letter electronically and respectfully request that the case be reassigned to Foley Square. I apologize to the Court for my mistake.

Respectfully,

Thomas D. Shanahan

*[Handwritten endorsement: Granted. So ordered. 4/12/2019]*

SO ORDERED
KENNETH ...