UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ABEL CEDENO,

**NOTICE OF APPEARANCE**

                       Plaintiff,

19 CV 2300 (KMK)

    - against -

DEPARTMENT OF EDUCATION OF THE CITY OF
NEWYORK and CITY OF NEWYORK,

                     Defendants.

------------------------------------------------------------------------ x

        **PLEASE** enter the appearance of the undersigned on behalf of defendants the

Board of Education of the City School District of the City of New York, improperly sued herein

as the New York City Department of Education, and the City of New York in the above titled

action.

Dated:      New York, New York
             May 17, 2019

                    **ZACHARY W. CARTER**
                    Corporation Counsel of the
                     City of New York
                    Attorney for Defendant
                    100 Church Street, Room 2-126
                    New York, New York  10007
                    (212) 356-2087
                    e-mail: SKitzing@law.nyc.gov


                    By:     s/Stephen Kitzinger
                             Stephen Kitzinger
                             Assistant Corporation Counsel