United States District Court
Southern District of New York
-----------------------------------------------------X
ABEL CEDENO,

               Plaintiff,

   -against-

DEPARTMENT OF EDUCATION OF THE
CITY OF NEW YORK and CITY OF NEW
YORK,

              Defendants.
-----------------------------------------------------X

Docket: 19-cv-2300 (KMK)
Filed: March 14, 2019

**Notice of Withdrawal
Without Prejudice**

    **ABEL CEDENO**, by and through his counsel, **THOMAS D. SHANAHAN, P.C.**, does hereby withdraw the Summons and Complaint filed in this action without prejudice to refile.

Dated: New York, New York
       May 19, 2019

By: _____
Thomas D. Shanahan, Esq. (TS-3330)
Thomas D. Shanahan, P.C.
551 Fifth Avenue, Thirty-First Floor
New York, New York 10176
Phone (212) 867-1100, x11
tom@shanahanlaw.com

1