United States District Court
Southern District of New York
---------------------------------------------------x

ABEL CEDENO,

                 Plaintiff,

    -against-

DEPARTMENT OF EDUCATION OF THE
CITY OF NEW YORK and CITY OF NEW
YORK,

               Defendants.
---------------------------------------------------x

Docket:19-cv-2300 (KMK)
Filed: March 14, 2019

**Notice of Withdrawal
Without Prejudice**

**ABEL CEDENO**, by and through his counsel, **THOMAS D. SHANAHAN, P.C.**, does hereby

withdraw the Summons and Complaint filed in this action without prejudice to refile.

Dated: New York, New York
      May 19, 2019

By:_____
Thomas D. Shanahan, Esq. (TS-3330)
Thomas D. Shanahan, P.C.
551 Fifth Avenue, Thirty-First Floor
New York, New York 10176
Phone (212) 867-1100, x11
tom@shanahanlaw.com

So Ordered.

5/20/19

1